UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONE REYNOLDS,

    Plaintiff,

v.                                                                                          Case No. 2:07-CV-59

UNKNOWN MATTSON,                                              HON. GORDON J. QUIST

    Defendant.
_____/

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 27, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued April 27, 2009 (docket no.72) is **ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction or Order (docket no. 66) is **DENIED**.

Dated: June 11, 2009                                          /s/ Gordon J. Quist
                                                                                                 GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE